UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Civ. No. 05-004-JAW |
| ) | |
| Wayne C. Smith ) | |

**AMENDMENT TO JUDGMENT OF**
**FORECLOSURE AND SALE**

On April 19, 2005, this Court entered a Judgment of Foreclosure and Sale against defendant, Wayne C. Smith. The judgment provided for a 90-day redemption period. The judgment further provided that if the defendant, Wayne C. Smith, did not redeem his property within the 90-day time period, that the property should be sold. Notice of such sale was ordered to be given by publishing a Notice of Foreclosure Sale once a week for four weeks, such notice not to be published until after the expiration of the redemption period, but not more than ninety (90) days after the expiration of the redemption period. The redemption period expired on July 18, 2005. The sale in the above-captioned matter was scheduled for October 14, 2005.

The United States intended to advertise the property on September 14, 21, 28, and October 5, 2005.

The United States commenced its advertising and ran two of the four foreclosure notices on September 14 and 21, 2005. It was at that time that plaintiff realized that it had inadvertently left out the language for the conversation easement in the legal description for the real estate which is the subject of this foreclosure.

The United States cancelled the remaining scheduled advertising dates for September 28, 2005 and October 5, 2005.

The United States requests that it be allowed to amend its Clerk's Certificate to add the Conservation Easement language to the legal description for recording at the Washington County Registry of Deeds. That the addition of this language does not adversely affect the defendant, because he received a $95,419.64 write down on his loan when this Conservation Easement was put in place.

The United States also requests that it be allowed to advertise beyond the 90 day time frame set out in the judgment dated April 19, 2005 and subsequently sell this property.

Accordingly, **ORDERED, ADJUDGED AND DECREED** that an Amended Clerk's Certificate adding the Conservation Easement to the legal description be signed by the Court and recorded at the Washington County Registry of Deeds by plaintiff.

It is further **ORDERED, ADJUDGED AND DECREED** that the Judgment of Foreclosure and Sale dated April 14, 2005 is amended to allow for publication, of an Amended Notice of Foreclosure Sale, with the corrected legal description, beyond the ninety-day period provided for in the judgment and subsequently sell this property.


Dated:  December 12, 2005				/s/ John A. Woodcock, Jr.
						JOHN A. WOODCOCK, JR.
						UNITED STATES DISTRICT JUDGE